36332. EVERETT, Next Friend, etc. *v.* CLEGG.

CARLISLE, J. This court in a judgment entered in this case (*Everett* v. *Clegg, next friend,* 94 *Ga. App.* 725, 96 S. E. 2d 382) affirmed the judgment of the trial court, and the Supreme Court of Georgia having reversed the judgment of this court on certiorari (213 *Ga.* 168, 97 S. E. 2d 689), the judgment of affirmance originally entered by this court is vacated and the judgment of the trial court is reversed.

*Judgment reversed. Gardner, P. J., and Townsend, J., concur.*

DECIDED MAY 2, 1957.

*Maddox & Maddox,* for plaintiff in error.
*Matthews, Maddox, Walton & Smith,* contra.